USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
                               :
IN RE                              MDL No. 1409
                              :           M 21-95
CURRENCY CONVERSION FEE
ANTITRUST LITIGATION          :           ORDER

------------------------------x
THIS DOCUMENT RELATES TO:    :

ALL CASES                         :
------------------------------x

WILLIAM H. PAULEY III, District Judge:

        Co-Lead Counsel and Settlement Classes Counsel[1] are directed to wire transfer the entire Settlement Fund to the Clerk of Court for the Southern District of New York on October 23, 2007 at 10:00 a.m. EDT and notify the Court and the parties of the exact amount of the wire transfer. The Clerk shall deposit the Settlement Fund into an interest-bearing account with the Court Registry Investment System ("CRIS"). The Settlement Fund, together with any accrued interest and income earned thereon, shall be maintained in a CRIS account subject to 28 U.S.C. § 1914 and the guidelines promulgated by the Director of the Administrative Office of the United States Courts, 56 Fed. Reg. 56,356 (Nov. 4, 1991).

        Counsel for the parties shall submit to the Court any requests for disbursement to cover fees, costs and expenses or tax payments, together with supporting materials and account

---

[1] The terms "Co-Lead Counsel," "Settlement Classes Counsel" and "Settlement Fund" are as defined in the Stipulation and Agreement of Settlement preliminarily approved by this Court on November 8, 2006.

information, at least fourteen (14) days in advance of any payment deadlines.

Dated:  October 10, 2007
        New York, New York

                                        SO ORDERED:

                                        _____
                                        WILLIAM H. PAULEY III
                                        U.S.D.J.

*Copies faxed to:*

Merrill G. Davidoff, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365
Fax (215) 875-4604

David F. Graham, Esq.
Sidley, Austin, Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
Fax (312) 853-7036