```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
                              :
IN RE                         :   MDL No. 1409
                              :   M 21-95
CURRENCY CONVERSION FEE       :
ANTITRUST LITIGATION          :   AMENDED ORDER
                              :
------------------------------x
THIS DOCUMENT RELATES TO:     :
                              :
ALL CASES                     :
------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2007

WILLIAM H. PAULEY III, District Judge:

Co-Lead Counsel and Settlement Classes Counsel[1] are directed to wire transfer the Notice and Cost Administration Fund and the Principal Settlement Fund to the Clerk of Court for the Southern District of New York on October 23, 2007 at 10:00 a.m. EDT and notify the Court and the parties of the exact amount of the wire transfers. The Clerk shall deposit the each fund into a separate interest-bearing account with the Court Registry Investment System ("CRIS"). The funds, together with any accrued interest and income earned thereon, shall be maintained in CRIS accounts subject to 28 U.S.C. § 1914 and the guidelines promulgated by the Director of the Administrative Office of the United States Courts, 56 Fed. Reg. 56,356 (Nov. 4, 1991), and the registry fund fees shall be assessed on the combined value of the two funds.

Counsel for the parties shall submit to the Court any requests for disbursement to cover fees, costs and expenses or tax payments, together with supporting materials and account

---

[1] The terms "Co-Lead Counsel," "Settlement Classes Counsel" and "Settlement Fund" are as defined in the Stipulation and Agreement of Settlement preliminarily approved by this Court on November 8, 2006.

information, at least fourteen (14) days in advance of any payment deadlines.

Dated:  October 22, 2007
        New York, New York

                                                    SO ORDERED:


                                                    _____
                                                    WILLIAM H. PAULEY III
                                                    U.S.D.J.

*Copies faxed to:*

Merrill G. Davidoff, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365
Fax (215) 875-4604

David F. Graham, Esq.
Sidley, Austin, Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
Fax (312) 853-7036

2