UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
In re CURRENCY CONVERSION FEE : MDL Docket No. 1409
ANTITRUST LITIGATION :
: M 21-95
:
------------------------------------- : [PROPOSED] ORDER
:
This Document Relates To: :
:
ALL ACTIONS. :
:
------------------------------------- x

WILLIAM H. PAULEY III, District Judge:

This Court having reviewed the Motion for Approval of Payment from the Notice and Cost Administration Fund Maintained with the Court Registry Investment System submitted by Plaintiffs' Co-Lead Counsel, it is ORDERED that, pursuant to this Court's October 22, 2007 Amended Order, the Clerk of the Court is directed to draw a check in the amount of $12,340,501.34, made payable to the "Berger & Montague P.C. & Coughlin Stoia et al. Foreign Transaction Litigation Escrow Account," from the Notice and Cost Administration Fund, maintained in the Court Registry Investment System as account number 07-cc-0001-2, to be deposited in the Berger & Montague P.C. & Coughlin Stoia et al. Foreign Transaction Litigation Escrow Account, maintained at Citizens Bank. The Clerk of the Court shall send the check by overnight mail to Co-Lead Counsel Berger & Montague, P.C. for deposit to the escrow account maintained at Citizens Bank.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
November 9, 2007

Dated: _____
      New York, New York

SO ORDERED:

_____
William H. Pauley, III
U.S.D.J.

*Copies to:*
All Counsel of Record