UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEC 1 2 2007

CHAMBERS OF
WILLIAM H. PAULEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07

---------------------------------------x
In re CURRENCY CONVERSION FEE : MDL Docket No. 1409
ANTITRUST LITIGATION :
: M 21-95
:
:
--------------------------------------- : [PROPOSED] ORDER
:
This Document Relates To: :
:
ALL ACTIONS. :
:
---------------------------------------x

WILLIAM H. PAULEY III, District Judge:

This Court having reviewed the Motion for Approval of Payment from the Notice and Cost Administration Fund Maintained with the Court Registry Investment System submitted by Plaintiffs' Co-Lead Counsel, it is ORDERED that, pursuant to this Court's October 22, 2007 Amended Order, the Clerk of the Court is directed to draw a check in the amount of $218,728.35, made payable to "Heffler Radetich & Saitta, LLP," from the Notice and Cost Administration Fund, maintained in the Court Registry Investment System as account number 07-cc-0001-2. The Clerk of the Court shall send the check by overnight mail to Co-Lead Counsel Berger & Montague, P.C., c/o Merrill G. Davidoff, Esq., 1622 Locust Street, Philadelphia, PA 19103, for disbursement to the Claims Administrator for the final payment to Smith Edwards Dunlap Company.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
12/18/2007