UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

In re CURRENCY CONVERSION FEE       :   MDL Docket No. 1409
ANTITRUST LITIGATION                :
                                    :
This Document Relates To:           :   [PROPOSED] ORDER
                                    :
    ALL ACTIONS.                    :
                                    :
------------------------------------- x

Upon consideration of Plaintiffs' Co-Lead Counsel's Motion to Extend Page Limitations ("Motion"), it is hereby ORDERED that:

1. The Motion is granted;

2. The page limitation for Plaintiffs' Memorandum of Points and Authorities in Support of Final Approval of Settlement shall be extended to 50 pages; and

3. The page limitation for Plaintiffs' Co-Lead Counsel's Memorandum of Law in Support of Motion For an Award of Attorneys' Fees and Expenses shall be extended to 50 pages.

\* \* \*

## ORDER

IT IS SO ORDERED.

DATED: January 29, 2008

THE HONORABLE WILLIAM H. PAULEY, JR. III
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Visa Antitrust\ORD00048631.doc