UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/2008

---------------------------------------------------------- x

In re CURRENCY CONVERSION FEE       :   MDL Docket No. 1409
ANTITRUST LITIGATION                :
                                    :   M 21-95
                                    :
                                    :
_____   :   [PROPOSED] ORDER
                                    :
This Document Relates To:           :
                                    :
    ALL ACTIONS.                    :
                                    :
---------------------------------------------------------- x


WILLIAM H. PAULEY III, District Judge:

       This Court having reviewed the Report Regarding the Cost of Settlement Notice and Administrative Costs and Motion for Approval of Settlement Notice and Administration Costs in Excess of $100,000 to a Single Vendor for the Fourth Quarter 2007 and the Affidavit of Ronald A. Bertino, CPA, it is ORDERED that, pursuant to Paragraph 3(f) of the Stipulation and Agreement of Settlement preliminarily approved by this Court on November 8, 2006 and this Court's October 22, 2007 Amended Order, the amount of $1,751,577.57 shall be paid to the Claims Administrator. Plaintiffs' Co-Lead Counsel shall cause the amount of $118,904.09, retained in the "Berger & Montague P.C. and Coughlin Stoia et al. Foreign Transaction Litigation Escrow" checking account maintained at Citizens Bank, to be disbursed to the Claims Administrator. The Clerk of the Court is directed to draw a check in the amount of $1,632,673.48, made payable to Heffler, Radetich & Saitta, LLP, from the CRIS Principal Settlement Fund, account no. 07-cc-0001-1, and to send the check by overnight mail, no later than Monday, February 25, 2008, to Co-Lead Counsel Berger & Montague, P.C., c/o Merrill G.

Davidoff, Esq., 1622 Locust Street, Philadelphia, PA 19103, for distribution to the Claims Administrator.

Dated: 2/20/2008
New York, New York

SO ORDERED:

_____
William H. Pauley, III
U.S.D.J.

*Copies to:*
All Counsel of Record