UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

IN RE:  CURRENCY CONVERSION FEE
          ANTITRUST LITIGATION

MDL Docket No. 1409

THIS DOCUMENT RELATES TO:

**ORDER**

ALL CASES

-----------------------------------------------------------------

### RE: OBJECTION OF DENNIS D. GIBSON TO CLASS ACTION SETTLEMENT

Objector Dennis D. Gibson has filed his Motion to Withdraw his Objection.  The Court, being duly advised, hereby grants Mr. Gibson's motion.

IT IS THEREFORE ORDERED that the Objection of Dennis D. Gibson is (Docket No. 508) withdrawn.

SO ORDERED this _4th_ day of _March_, 2008.

Honorable William H. Pauley III.

1