UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
IN RE                                   :    MDL No. 1409
                                        :    M 21-95
CURRENCY CONVERSION FEE                 :
ANTITRUST LITIGATION                    :    ORDER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
THIS DOCUMENT RELATES TO:               :

ALL CASES                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WILLIAM H. PAULEY III, District Judge:

        This Court received the attached letter from William F. Milan, M.D. on April 21, 2008.

Dated: April 30, 2008
       New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                                U.S.D.J.

*Copies to:*

All Counsel of Record

# WILLIAM F. MILAM, MD
*Consulting Pathologist*

April 15, 2008

Clerk of Court
United States Courthouse
500 Pearl Street
New York, NY 10007-1312



Dear Madame / Sir:

SUBJECT: WEBSITE PROBLEMS AT WWW.CCFSETTLEMENT.COM

    I am writing to complain about the poor function of the above noted website for the Currency Conversion Fee Antitrust Settlement. I believe the Judges for this case should be aware that there are problems for the filers to this website which one shouldn't expect given the high attorney fees in this case. I had significant currency exchanges totaling more than $23,000 and "timed out" three times attempting to complete all the required information. This necessitated that I start over again each time.

    In addition, after completing the annual data entry for 7 differently numbered cards, the form required manual totaling of the columns of numbers for nine years - and of course double check the calculations. In 2008, it is ridiculous that the column totals are not completed automatically to prevent calculation errors by the filers.

    This is an extremely poorly functioning website which is not well thought out for the benefit of the filers who were wronged in this case. I don't know whether the U S District Court or the attorneys are responsible for this website (I suspect the attorneys). But certainly, given the attorney fees involved in this case, they are responsible for providing, or assuring, that the website is functional for the ultimate benefit of the claimants / clients.

Sincerely yours,

*William F. Milam*

William F. Milam, M.D.

Claim #: 3297224

3101 KENSINGTON • RICHMOND, VA • 23221-2477
PHONE (804) 447-1489 • MOBILE (804) 399-4443