UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

In re CURRENCY CONVERSION FEE : MDL Docket No. 1409
ANTITRUST LITIGATION :
: M 21-95
:
------------------------------------------- : [PROPOSED] ORDER
:
This Document Relates To: :
:
ALL ACTIONS. :
------------------------------------------------------------- x

WILLIAM H. PAULEY III, District Judge:

This Court having reviewed the Motion to Pay Costs from the Principal Settlement Fund Maintained with the Court Registry Investment System, it is ORDERED that, pursuant to Paragraph 3(f) of the Stipulation and Agreement of Settlement preliminarily approved by this Court on November 8, 2006 and this Court's October 22, 2007 Amended Order, the Clerk of the Court is directed to draw checks from the Principal Settlement Fund, designated as account no. 07-cc-0001-1 with the Court Registry Investment System ("CRIS"), made payable to the Claims Administrator, the Special Master and Analysis Research Planning Corporation in the amounts indicated below, and to send these checks by overnight mail, no later than Thursday, July 10, 2008, to Co-Lead Counsel Berger & Montague, P.C., c/o Merrill G. Davidoff, Esq., 1622 Locust Street, Philadelphia, PA 19103, for distribution to these payees. The disbursements from the CRIS Principal Settlement Fund shall be made for the following amounts and payees:

(i) the amount of $781,729.88 made payable to Heffler Radetich & Saitta, LLP (Claims Administrator);
(ii) the amount of $23,583.56 made payable to Francis E. McGovern (Special Master); and

(iii)   the amount of $59,490.78 made payable to Analysis Research Planning Corporation.

Dated: July 9, 2008
New York, New York

SO ORDERED:

_____
William H. Pauley, III
U.S.D.J.

*Copies to:*
All Counsel of Record