UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
IN RE                                     :   MDL No. 1409
                                          :   M 21-95
CURRENCY CONVERSION FEE                   :
ANTITRUST LITIGATION                      :   ORDER

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
THIS DOCUMENT RELATES TO:                 :

ALL CASES                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WILLIAM H. PAULEY III, District Judge:

       This Court received the attached Statement of Expenses, which should replace Exhibit C to Co-Lead Counsel's April 21, 2008 motion (Docket No. 628).

Dated: July 10, 2008
       New York, New York

                        SO ORDERED:

                        WILLIAM H. PAULEY III
                        U.S.D.J.

*Copies to:*

All Counsel of Record

M&V

## Statement for Expenses

July and August 2007

| | | | |
|---|---|---|---:|
| 7/8-7/9 | Washington | | |
| | Airfare | $ | 697.42 |
| | Lodging and Meals | | 214.82 |
| | Ground Travel | | 39.00 |
| 7/19-7/20 | Minneapolis | | |
| | Airfare | $ | 339.62 |
| | Lodging and Meals | | 62.48 |
| | Ground Travel | | 39.00 |
| 7/22-7/23 | Washington | | |
| | Airfare | $ | 299.92 |
| | Lodging and Meals | | 208.89 |
| | Ground Travel | | 21.00 |
| 7/23-7/24 | New York | | |
| | Airfare | $ | 339.42 |
| | Lodging and Meals | | 148.48 |
| | Ground Travel | | 40.00 |
| 8/2-8/3 | Washington | | |
| | Airfare | $ | 410.12 |
| | Lodging and Meals | | 102.49 |
| | Ground Travel | | 20.00 |
| 8/22 | Minneapolis | | |
| | Airfare | $ | 266.99 |
| | Lodging and Meals | | 8.08 |
| | Ground Travel | | 13.33 |

| Date | Location | | Amount |
|---|---|---|---|
| 8/28 | Washington | | |
| | Airfare | $ | 534.41 |
| | Lodging and Meals | | 54.00 |
| | Ground Travel | | 56.00 |
| 8/29-8/30 | Washington | | |
| | Airfare | $ | 185.71 |
| | Lodging and Meals | | 150.53 |
| | Ground Travel | | 12.50 |
| 9/4 | Washington | | |
| | Airfare | $ | 470.05 |
| | Lodging and Meals | | 12.00 |
| | Ground Travel | | 35.00 |
| 9/12-9/13 | Minneapolis | | |
| | Airfare | $ | 144.48 |
| | Lodging and Meals | | 73.72 |
| | Ground Travel | | 13.83 |
| 9/19-9/20 | New York | | |
| | Airfare | $ | 250.38 |
| | Lodging and Meals | | 138.61 |
| | Ground Travel | | 29.00 |
| | Long Distance and other out of pocket expenses | $ | 173.05 |

M&V

## SUMMARY

| | | |
|---|---|---|
| Total July through September 2007 Hours | | 114.50 |
| Total Hours @ $350.00/hr. | $ | 40,075.00 |
| Total July through September 2007 Expenses | $ | 5,604.33 |
| Total Hours and Expenses | $ | 45,679.33 |

Mastercard & Visa

## Statement for Services

July through September 2007

| Date | Description | Hours |
|---|---|---|
| 7/2 | Reading material from counsel; telephone conferences | 1.25 |
| 7/5 | Reading material from counsel; telephone conferences; drafting proposal | 6.00 |
| 7/7 | Drafting proposal | 2.00 |
| 7/8 | Drafting proposal; travel to Washington | 8.00 |
| 7/9 | Meetings; drafting proposals; travel from Washington | 5.00 |
| 7/11 | Drafting; telephone conferences | 4.25 |
| 7/12 | Drafting; telephone conferences | 4.00 |
| 7/13 | Drafting; telephone conferences | 2.50 |
| 7/16 | Drafting; telephone conferences | 2.25 |
| 7/17 | Telephone conferences | 0.75 |
| 7/18 | Telephone conferences | 1.25 |
| 7/19 | Drafting; telephone conferences; travel to Minneapolis | 2.75 |
| 7/20 | Meeting; conference call; drafting; travel from Minneapolis | 3.50 |
| 7/22 | Travel to Washington; preparation for meetings; review of drafts; redrafting | 8.00 |
| 7/23 | Meetings; travel to New York; preparation for hearing | 6.00 |

| Date | Description | Hours |
|---|---|---|
| 7/24 | Hearing; meetings; travel from New York; reading material from counsel | 6.75 |
| 7/27 | Telephone conferences; reviewing drafts | 2.00 |
| 8/2 | Travel to Washington; preparation for meetings | 1.00 |
| 8/3 | Meetings; travel from Washington; reviewing drafts | 4.00 |
| 8/8 | Telephone conferences; reviewing drafts | 1.75 |
| 8/10 | Telephone conferences; reviewing drafts | 1.50 |
| 8/15 | Telephone conferences; reviewing drafts | 2.25 |
| 8/17 | Telephone conferences; reviewing drafts | 1.75 |
| 8/22 | Travel to and from Minneapolis; preparation for meetings; meetings | 1.00 |
| 8/24 | Telephone conferences | 1.25 |
| 8/28 | Travel to and from Washington; preparation for meetings; meetings (required attendance outside of Washington) | 6.00 |
| 8/29 | Travel to Washington; preparation for meetings; meetings | 4.50 |
| 8/30 | Meetings; travel from Washington; review drafts | 2.75 |
| 9/3 | Reading material from experts | 1.00 |
| 9/4 | Travel to and from Washington; preparation for meetings; meetings; reviewing data | 5.75 |
| 9/6 | Conference call; preparation for conference call | 1.50 |

| Date | Description | Hours |
|---|---|---|
| 9/12 | Meeting; travel to Minneapolis; preparaton for meetings | 1.25 |
| 9/13 | Meetings; travel from Minneapolis | 1.50 |
| 9/19 | Travel to New York; preparation for hearing | 3.75 |
| 9/20 | Hearing, travel from New York, reading data | 3.00 |
| 9/24 | Conference call; preparation for conference call; reading material from experts; telephone conference | 2.75 |
| | Total Hours | 114.50 |